# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS


TIMOTHY DOYLE YOUNG,

                    **Plaintiff,**

          v.                                    CASE NO. 17-3175-SAC

SARA REVELL, et al.,

                    **Defendants.**


## MEMORANDUM AND ORDER

Plaintiff, Timothy Doyle Young, is a federal prisoner held at the U.S.P.-Max-ADX in Florence, Colorado. He brings a civil rights action alleging that defendants have violated his constitutional rights by transmitting falsified records through the mail and by wire communications. He attaches approximately 50 pages of exhibits which include grievances concerning access to disciplinary records, encumbrances in his prison trust account, the rejection of incoming correspondence, a tort claim he presented in 2009, a request for postage stamps, and information related to his medical care.

Plaintiff is subject to the "three-strikes" provision of 28 U.S.C. § 1915(g). *See In re Timothy Doyle Young*, 382 Fed.Appx. 148, 2010 WL 2178514 (3d Cir. June 1, 2010) and *Young v. United States*, 2014 WL 2515586 (S.D. Ohio June 4, 2014)(listing qualifying strikes).

Accordingly, plaintiff may proceed in forma pauperis only if he shows a threat of imminent danger of serious physical injury. The Court has examined the complaint and exhibits and finds that showing has not been made.

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff is granted to and including November 13, 2017, to submit the $400.00 filing fee.

The failure to submit the fee by that time will result in the dismissal of this matter without prejudice and without additional prior notice.

**IT IS SO ORDERED.**

DATED:  This 13th day of October, 2017, at Topeka, Kansas.


                        S/ Sam A. Crow
                        SAM A. CROW
                        U.S. Senior District Judge